# Third District Court of Appeal

## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D20-1; 3D20-1063
Lower Tribunal No. 17-25327

————————————

**Jetstream International, LLC, et al.,**
Appellants,

vs.

**Student Travel Services, LLC, etc., et al.,**
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Law Offices of Robert P. Frankel, P.A., and Robert P. Frankel (Plantation), for appellants.

Clarke Silverglate, P.A., Spencer H. Silverglate and Shannon P. McKenna, for appellee STS Travel Group, LLC.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  See Se. Floating Docks, Inc. v. Auto-Owners Ins. Co., 82 So. 3d 73, 80 (Fla. 2012) ("An agreement between parties to be bound by the substantive laws of another jurisdiction is presumptively valid, and this Court will enforce a choice-of-law provision unless applying the chosen forum's law would contravene a strong public policy of this State."); Burroughs Corp. v. Suntogs of Miami, Inc., 472 So. 2d 1166, 1169 (Fla. 1985) (concluding the contractual provision applying another state's law regarding the limitations period was not contrary to a strong public policy); see also Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).